IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOS
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **Lindsay Ozgunay,** | ) | **Case No. 20-15720** |
| | ) | |
| **Debtor(s).** | ) | **Judge Cox** |

## NOTICE OF OBJECTION TO TRUSTEE'S MOTION TO DISMISS

NOW COMES the Debtor, Lindsay Ozgunay, by and through her attorneys, Cutler & Associates, Ltd, and hereby objects to the Trustee's Motion to Dismiss.

Respectfully Submitted,

Dated:  December 3, 2020

By:              /s/ David H. Cutler
One of the attorneys for the Debtor

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600