UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>LINDSAY Z. OZGUNAY<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   20-15720<br><br>Chapter: 7<br>Honorable Jacqueline P Cox |

**ORDER DIMISSIING CHAPTER 7 CASE**

This matter coming to be heard on the motion of the United States Trustee for the Northern District of Illinois to dismiss the Chapter 7 case of Lindsay Z. Ozgunay, due notice having been given and the Court being fully advises in the premises:

NOW THEREFORE,  IT IS HEREBY ORDERED this Chapter 7 case is dismissed.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  January 26, 2021

**Prepared by:**

Spencer Ezell, Attorney
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(262) 613-8737